**FILED - GR**
July 21, 2011 12:27 PM
Tracey Cordes, Clerk
U.S. District Court
Western District of Michigan
By: elc/_____ Scanned By elc/7/21/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | No. | **1:11-cr-211** |
| vs. | Hon. | **Janet T. Neff**<br>**U.S. District Judge** |
| GILBERTO HERNANDEZ-ARAGON, | | |
| Defendant. _____/ | | **INDICTMENT** |

The Grand Jury charges:

On or about June 20, 2011, in Kent County, in the Western District of Michigan Southern Division,

GILBERTO HERNANDEZ-ARAGON,

being an alien who had previously been removed after having been convicted for the commission of three or more misdemeanors involving drugs, crimes against the person, or both, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
JOHN F. SALAN
Assistant United States Attorney