## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
### CRIMINAL MINUTE SHEET

| USA v.    Gilberto Hernandez-Aragon | **DISTRICT JUDGE:**   Janet T. Neff |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:11-cr-211 | 3/8/12 | 2:32 PM - 3:00 PM | Grand Rapids | Ellen Donohue |

### APPEARANCES

| Government:<br><br>John F. Salan | Defendant:<br><br>Sean Tilton | Counsel Designation:<br><br>FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>    __mute        __nolo contendre<br>    __ not guilty      __guilty<br>__ Final Pretrial Conference<br>__ Detention       (waived   )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other:<br>Judgment | Charging Document:<br>    __Read        __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the  _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment:  15 Months<br>Probation: _____<br>Supervised Release: None<br>Fine: $ Waived<br>Restitution: $ _____<br>Special Assessment: $ Remitted | Plea Agreement Accepted:  __Yes __No<br>Defendant informed of right to appeal:  ✓ Yes  __No<br>Counsel informed of obligation to file appeal:  ✓Yes  __ No<br>Conviction Information:<br>    Date:  12/7/11<br>    By:  Plea<br>    As to Count (s):  One |
|---|---|

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Kathy Anderson | **Case Manager:**    Rick Wolters |